PENNSON INTERNATIONAL CORPORATION, Respondent, v. ORE TRADING CORPORATION, Appellant, et al., Defendant. ISAAC PHILIPP, Appellant, v. PENNSON INTERNATIONAL CORPORATION, Respondent.

Concur — Breitel, J. P., Bastow, Botein, Rabin and Bergan, JJ.

PAUL PAPPAS, Appellant, v. EDWARD B. SAVITCKY, Respondent.— No opinion. Concur — Breitel, J. P., Bastow, Botein, Rabin and Bergan, JJ.

DELMONICO HOTEL CORP., Appellant, v. L. B. MEYERS et al., Respondents.— No opinion. Concur — Breitel, J. P., Bastow, Botein and Bergan, JJ.; Rabin, J., dissents and votes to reverse and reinstate the final order. [See 1 A D 2d 664.]

REBECCA AMINOFF, Appellant, v. RALPH AMINOFF et al., Respondents.— No opinion. Concur — Breitel, J. P., Bastow, Botein, Rabin and Bergan, JJ. [See 1 A D 2d 664.]

JACK COVIELLO, Plaintiff, v. NEW YORK LIFE INSURANCE COMPANY et al., Defendants and Third-Party Plaintiffs-Respondents. CORBETTA CONSTRUCTION Co., INC., Third-Party Defendant-Appellant.— No opinion. Concur — Breitel, J. P., Bastow, Botein, Rabin and Bergan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DANIEL MALONE, Appellant.— No opinion. Concur — Breitel, J. P., Bastow, Botein, Rabin and Bergan, JJ.

SOL ELLMAN et al., Respondents, v. A. IRVING ISAACSON et al., Appellants.— No opinion. Concur — Breitel, J. P., Bastow, Botein, Rabin and Bergan, JJ. [See 1 A D 2d 664.]